

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

FILED JUN 0 6 2016
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:16mj00008 |
| | ) |
| | ) |
| Ahmed Thamer Al-Ani | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 3, 2016__ in the county of __Albemarle__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(2)(B)(ii) | Attempt to Bring an Alien to the United States for Financial Gain |
| Title 8, United States Code, Section 1324(a)(1)(A)(iv). | Encouraging and Inducing an Alien to Come To the United States |

This criminal complaint is based on these facts:
Please see attached Affidavit of Special Agent David Wolf

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent David Wolf, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/6/2016

_____
Judge's signature

City and state: Charlottesville, Virginia

Honorable Joel C. Hoppe
Printed name and title

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16mj00008 |
| | ) | |
| AHMED THAMAR DARWEESH AL ANI | ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, David Wolf, being duly sworn, deposes and says:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since February of 2013. I am currently assigned to the Richmond Division of the FBI, Charlottesville Resident Agency. During the course of my duties, I have conducted numerous criminal and national security investigations.

2. I am aware that Title 8, United States Code, Section 1324 makes it a crime for anyone to encourage or induce an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law. See 8 U.S.C. § 1324(a)(1)(A)(iv). I am also aware that Title 8, United States Code, Section 1324 also makes it a crime for any person, knowingly or in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, to bring to, or attempt to bring to the United States in any manner whatsoever, such alien. See 8 U.S.C. § 1324(a)(2). Having so said, I make this affidavit in support of a criminal complaint charging Ahmed Thamar Darweesh Al Ani (hereafter "Al Ani"), date of birth 05-09-1965, with violating Title 8, United States Code, Section 1324.

1

3. All information contained in this affidavit is based upon my personal knowledge, observations, and review of documents and records, or that of other sworn law enforcement officers participating in this investigation. This affidavit does not include each and every fact known to law enforcement. I have set forth only those facts necessary to support probable cause to charge Al Ani on the charge listed above.

4. Al Ani is from Iraq and currently resides in the Western District of Virginia. Al Ani is proprietor of the Alane LLC, whose legal address is also within the Western District of Virginia. Al Ani came to the United States on or about September 4, 2013, and was admitted to the United States under an SQ1 Visa, which is an immigrant visa.

5. The investigation has revealed that Al Ani tried to assist at least two individuals, Firas Al Qesi and a possible undisclosed second individual, to obtain fraudulent documents to attempt entry to the United States. Al Qesi was interviewed at the Baghdad embassy as part of the process to gain entry to the United States. The Department of State confirmed that an individual did come to the U.S. Embassy in Baghdad for an interview but walked out of the interview after having difficulty answering the questions asked by the embassy employee. The second, undisclosed individual, made successful entry into the U.S. believed under false pretenses.

6. On or about May 28, 2016, an FBI undercover employee ("UCE") began communicating with Al Ani both by a secure communications applications and telephone. These communications were recorded.

7. On or about May 28, 2016, a conversation took place between the UCE and Al-Ani. In this conversation, the following exchange took place:

| UCE | Yeah, yeah. |
|---|---|
| AA | Are you in Baghdad or here? |
| UCE | No, no; I'm here in New Jersey. |
| AA | Where? |
| UCE | In New Jersey—New Jersey; in the north. |
| AA | Oh, oh. Ok. Dear, the man you have—is he in Baghdad? |

2

| | |
|---|---|
| UCE | Yes. The man I have is in Baghdad, uh, and currently he is in some kind of trouble; they are looking for him and I want to get him out of Iraq and bring him here. |
| AA | Meaning, there is a [UI]; you mean a ban. |
| UCE | Uh, possibly; I mean, I don't know exactly, 100% sure. |
| AA | No, you have to concentrate [UI][OV]-- |
| UCE | [OV] He does not have, I mean-- sorry, he has not been arrested before, I mean, as far as I know, but-- |
| AA | Yes, but there is an arrest warrant issued against him currently, Ok, and his name has been flagged, right? |
| UCE | Yes—yes. |
| AA | Definitely terrorism; a Sunni; it must be [Article] - 4 terrorism, 100%. |
| UCE | Unfortunately [chuckles]; what can we do. |
| AA | Yeah; that's all they have; those bastards. This is the only thing they have; any Sunni will be put on [Article] - 4 Terrorism. |
| UCE | Yes. |
| AA | My dear, here-- |
| UCE | So-- |
| AA | --we will produce for him documentation in a different name; a name of a non-wanted person, and produce a passport for him, Ok? |
| UCE | Yeah. |
| AA | --complete it for him and give him his passport so that he may depart Baghdad heading to Beirut, Ok? In order that we get him out. |
| UCE | Yes. |
| AA | --transport him from Iraq to Beirut. |
| UCE | Can we—can we bring him here? |
| AA | First you have to get him out of there—first you have to get him out of there. |
| UCE | Yeah-- |
| AA | Get him out of there first-- get him out of there, get him away, Ok? Let him stay in Beirut; we will prepare a business invitation for him on the pretext that, uh, there is a company that is going to invite him [UI] to come here. The invitation is for [UI] a month. The expenses will be-- considering the expenses will be paid by the company, but in reality, Ok, the expenses will be on him, not the company. |
| UCE | Fine, but—[OV] |
| AA | Yeah; once he gets here, Ok, they will meet him at the embassy. When they meet him at the embassy he may tell them that I have business matters and I want to so and so and this is so and so company has invited me in order to deal for the interest of both parties: my interest and the company's interest. |
| UCE | Can't we make it shorter by only produce a passport for him and he can meet at the embassy in Baghdad then depart? |
| AA | When you produce the passport for him, is it going to be in his name or somebody else's name? |

3

| UCE | In the name of—it would be better if someone else's name. |
|---|---|
| AA | I'm telling you in someone else's name since his name is now suspicious. |
| UCE | Yeah; we'll produce a passport in someone else's name and-- |
| AA | Yeah-- |
| UCE | --and he can meet—he can meet the embassy in Baghdad; wouldn't that be easier? |
| AA | No, not better. Not better. Get him out of there and make all his affairs abroad so that you ensure his presence outside the range. |
| UCE | Hmm. |
| AA | It's up to you; it's not up to me. Whatever you like. I'm talking in your benefit. |
| UCE | I am—I understand and I thank you, but I want to make it shorter. I want him to get out of Baghdad and that's it. Bring him here and it's the end of it. |
| AA | There is nothing that is processed easily. If we now want to make him an invitation, the invitation will take at least 3 days to a week, right? |
| UCE | Fine, [OV]-- |
| AA | [OV] they will send him an e-mail-- |
| UCE | He can hold up-- |
| AA | No, wait-- |
| UCE | He can hold up. |
| AA | The will – they will send an e-mail to him and an e-mail to the embassy. |
| UCE | Yeah. |
| AA | They will specify a date for the embassy interview. The embassy will issue him an appointment, possibly they will give him an appointment after two weeks; possibly after one week; possibly after a month, depending on the load whether there is a load on them or not. The will specify a date for them-- |
| UCE | Yes. |
| AA | --he will be having an interview at the embassy and when he meets at the embassy, they will ask him some questions: how do you know this company; what's is your relationship with it; how so and so-- |
| UCE | Right. |
| AA | He may tell them that my relationship with this company is a belonging relationship and the person over there has invited me to this job so that the two of us may cooperate in mine and his principals for trading, for example, in cars or trading in something specific—an agreed-upon thing, Ok? |
| UCE | Yeah. |
| AA | So this is what is going to take place, I mean. They will ask him what is your capability; so he may take title deeds of property from Baghdad if he has—does he have a property in his name or not? |
| UCE | I don't think he does. |
| AA | Ok, he does not have. We may make him title deeds unofficially, Ok-- |
| UCE | Yeah. |

4

| | |
|---|---|
| AA | --so that he may submit them there, tell them these are my title deeds. They will look at it—they will only make copies. Just so that they may say this guy is not nobody person, with all due respect to you; they will say this wealthy man. |
| UCE | I understand—I understand. |
| AA | So it is unlikely that he would abandon his wealth and flee. |
| | [coughing] |
| AA | So this is all to it, I mean. They will ask him some questions: information about his name; information about his family and information about his brothers and sisters, I mean, they will ask him this kind of information, Ok? Have you been previously indicted or not, I mean, general questions. So here, his name will be the forged name that they will give him, huh, so that he memorizes it. These matters as you know are not good over there; it is best that he goes abroad and there he can forge things comfortably, so that he is [UI]. Unlike there, he will go into the Green [Zone] and they will run his name and if they catch him—there is a possibility that someone chews him. You know nowadays over there it is very easy to do so, huh? Thus they will open a forgery case and another case. |
| UCE | Hmm. |
| AA | While if he is abroad, and from there he can sit and meet and do anything at his leisure. |
| UCE | I'm worried about him that even in Lebanon there are problems. It's hard to tell. |
| AA | If it is not Lebanon, he may go to any other country—any country; China, he can go anywhere. |
| UCE | Meaning if-- |
| AA | The main thing is to leave the range he's in. |
| UCE | If he is in Baghdad, and you produce a passport for him using a different name-- |
| AA | Huh? |
| UCE | --wouldn't that be better? He can hop on a plane and go. |
| AA | I'm not telling you easier or not; what I'm telling you is they have to produce for him an ID, Citizenship certificate, Residence and Rationing ID, in different names. They will [UI], Ok, and produce a passport for him. |
| UCE | Ok. |
| AA | When they hand it to him, it will be all official. The job of this group ends here. A second job will start. Meaning, all this needs time, you know, the ID and the Citizenship certificate will not be done in a day; he will not finish it over night. Meaning, this is the thing. So think about it; think about what I said and if you like it, I have no problem; if you don't like it, I will work on yours—your plan and it's up to you; you are the one who wants it this way, not me. |
| UCE | Thank you. Ok, the visa to come to the U.S., are you going to apply for him here? |

5

| AA | We are going to issue him a business invitation from here. |
| UCE | From here, Ok. |
| AA | I will send it—I will send it to his personal e-mail. |
| UCE | Ok. |
| AA | Then send it to the embassy website and specify—and address the embassy to specify an appointment date for him. They will specify an appointment date for him. When he goes to the appointment, you and I will not be there-- |
| UCE | Of course not. |
| AA | He will go and meet and he has to stick to his words and the photocopies of the papers that we are going to give him. |
| UCE | Ha. |
| AA | Showing that he does have the financial capability that he has so and so, in order to—these are the issues. Over there, it's between he and them. If he proves himself and knows how to talk, Ok, they will take his passport and $160 and issue him a visa, huh, a business visa. If he does not know how to talk, with all due respect to you, not organized, huh, they will stamp and tell him goodbye. |
| UCE | Right. |
| AA | Yeah, so this is subject. [UI]. |
| UCE | I understand. Ok. |
| AA | Hmm. |
| UCE | Ok, and the application, has to be on the internet, right? You go online-- |
| AA | I am the one who will issue the invitation for him. |
| UCE | Ha. |
| AA | I will go the group here by me to do it for him. |
| UCE | [OV] This is—this is what I was looking for, I mean, because—[OV] |
| AA | [UI]. |
| UCE | --you know the details—you know the details. |
| AA | Huh? |
| UCE | [OV] because you know the matter. |
| AA | I will issue him the business invitation, with the people here, and I will do it for him and the people there will complete his paperwork and issue it for him. That's it. If you want it this way, call me and I'm ready. |
| UCE | Ok, Ok. [OV] |
| AA | What is the price? |
| UCE | Yes, please. |
| AA | The price of the ID, the citizenship and passport issued in Baghdad will cost him one Dafter and a half. |
| UCE | Ok, one Dafter and a half. |
| AA | This is to issue him such. The business invitation they will issue for him, will be approximately 50 Warqa, meaning, the whole operation will cost you two bundles. If you have two Daftars, call me. |
| UCE | So it's $5,000 here for—for—for the visa. |
| AA | This is $5,000 for the business invitation. One Dafter and a half for the |

| | offices of Census, Citizenship, Information Office, Commerce, Passport. |
|---|---|
| UCE | One Dafter and a half means 15,000, right? |
| AA | Fifteen-thousand dollars. |
| UCE | Fifteen-thousand dollars, Ok, I understand. |
| AA | Think about it and call me today or tomorrow, take your time, huh, so that I may tell him where to take his photos to the person who will receive it from him, huh; in Al-Mansour District. Where does he love, in Al-Mansour or somewhere else? I live in Al-Mansour. |
| UCE | No, he is in Hay Al-Jami'ah, if you know where that is. |
| AA | Ok, Hay Al-Jami'ah is nearby Al-Mansour area [UI]. |
| UCE | Yeah. |
| AA | Yeah. |
| UCE | Ok, good. |
| AA | Think about it and call me. |
| UCE | No problem. |
| AA | Ok. |
| UCE | Thank you very much. |
| AA | At your service. |
| UCE | Thank you. What's up? |
| | [End of call]. |

8. Al Ani is listed as the subscriber for the telephone number used during Al-Ani's conversations with the UCE (540-383-0491), and the billing address for that phone number is the same as that listed by Alane LLC.

9. Database searches for businesses associated with Al Ani revealed Alane LLC as the only business with which Al Ani has a relationship. Al Ani, in a separate phone conversation with the UCE, stated that the Alane LLC is the company that will invite the fictitious Iraqi to the U.S. Al Ani also stated in the recordings that three copies of the business invitation letter will be sent, one to the fictitious Iraqi, one to the Embassy, and one for the UCE, which will be done in exchange for $5,000 dollars.

10. On June 3, 2016, at 9:59 a.m., Al Ani sent a fraudulent business invitation letter, via email, to an account he believed to be used by the fictitious person in Iraq. The letter was addressed to the U. S. Embassy in Baghdad, and the letter requested that the

7

fictitious person be granted a visa for entry into the United States. Al Ani's fraudulent business invitation letter listed the name of the fictitious person in Iraq, and stated that the fictitious person was a "potential partner in Iraq who would be an asset and a great help for our company in the States . . . [w]e appreciate if you would be kind enough to facilitate his entry visa."

11. Later in the afternoon of June 3, 2016, Al Ani met with the undercover employee at the Courtyard Marriot Hotel, located at 638 Hillsdale Drive, Charlottesville, Virginia. During the meeting, Al Ani took payment in the amount of $5,000 in cash for providing the fraudulent business invitation letter to the fictitious person in Iraq. Al Ani was arrested by FBI agents on the scene.

## CONCLUSION

Based on the foregoing, your Affiant submits there is probable cause that Ahmed Thamar Darweesh Al Ani committed a crime in violation of Title 8, United States Code, Section 1324.

David Wolf
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 6th day of June, 2016, in Charlottesville, Virginia:

Honorable Joel C. Hoppe
United States Magistrate Judge

8