APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 3:16-CR-00018

v.

DATE: June 13, 2016

AHMED THAMER DARWEESH AL-ANI

TYPE OF HEARING: Arraignment/Detention hearing

*********************************************************************

PARTIES:

1. Hon. Joel C. Hoppe
2. Chis Kavanaugh, AUSA
3. Andrea Harris, AFPD
4. Defendant
5. Rob Harper, USPO
6. M. Topoushian, Interpreter
7. 
8. 
9. 
10. 

*********************************************************************

Recorded by: Joyce C. Jones            Time in Court: _11:06-12:04_

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 11:06 | 1 | 11:15 | 1 | 11:55 | 1 | | | | |
|  | 2,3 |  | 2,3 | 12:03 | 2,3 | | | | |
|  | 1 | 11:16 | 1 |  | 1 | | | | |
|  | 6 | 11:17 | 3 | 12:04 | end | | | | |
| 11:07 | 1 | 11:19 | 1,3 | | | | | | |
|  | 3 | 11:21 | 2 | | | | | | |
| 11:08 | 1,3 | 11:22 | 3 | | | | | | |
|  | 1 |  | 1 | | | | | | |
| 11:09 | 4 | 11:24 | 1,2 | | | | | | |
|  | 1,4 | 11:25 | 3,1 | | | | | | |
|  | 3,1 |  | 2 | | | | | | |
|  | 1,4 | 11:31 | 1,2 | | | | | | |
| 11:14 | 3 | 11:32 | 3,1 | | | | | | |
|  | 1 | 11:52 | 2,1 | | | | | | |
| 11:15 | 4 | 11:54 | 3 | | | | | | |