3:16CR00018

Dear sir, Mr. judge

I'm Ahmed Thamer DAWrwEESh Alani

I agree attempt to withdraw My guilty plea.

Please thank you.

Ahmed thamer
160 peregory Lane
charlottesville. virginia 22903

Ahmed Thame Alani # 6066636
160 Peregory Ln
Charlottesville VA
22402



RICHMOND VA 230
26 OCT 2016 PM 4 L

22902-505879

United States District Court
Western District of Virginia
Office of the Clerk
255 W. Main Street Room 304
Charlottesville VA 22902

Case 3:16-cr-00018-GEC-JCH   Document 38   Filed 10/28/16   Page 2 of 2   Pageid#: 100