CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/ NW Reeder
DEPUTY CLERK

Mr. judge
1/13/17 Friday I want to court and the judge gave me 6 mont due to condition and dismissed any charge but the CII agant talked to me about the charge different Mr. judge please help me by Law because CII blamed me again because I don't know what I'm to do

Thank you.

Ahmed Thamer Alani

Mr. Judge
please you said 6 month and then Immigration is suppose to come get me the jail don't allow me to go please what am I to do can you help me by Law Thank you

Ahmed Thamer Alani

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:16CR18

AHMED THAMER DARWEESH AL-ANI

## PLEA AGREEMENT

I have agreed to enter into a plea agreement with the United States of America, pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The terms and conditions of this agreement are as follows:

### A. CHARGE(S) TO WHICH I AM PLEADING GUILTY AND WAIVER OF RIGHTS

#### 1. The Charges and Potential Punishment

My attorney has informed me of the nature of the charge(s) and the elements of the charge(s) that must be proved by the United States beyond a reasonable doubt before I could be found guilty as charged.

I agree to plead guilty to an Information, which is a charge brought by the United States Attorney as opposed to one returned by a Grand Jury. I am waiving and giving up my right to be charged by Indictment and have a Grand Jury vote on my probable guilt.

I will enter a plea of guilty to Count 1 of the Superseding Information. In exchange for my plea of guilty, the government will dismiss the Indictment that is currently pending against me, and the government agrees that it will not bring any additional charges against me in the future for the conduct included the Statement of the Offense attached to this plea agreement.

Count 1 charges me with Encouraging or Inducing an Illegal Alien to Come to United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv). The maximum statutory penalty is a fine of $250,000 and/or imprisonment for a term of five years, plus a term of supervised release of three years.

I understand restitution may be ordered, my assets may be subject to forfeiture,

*Defendant's Initials:* $ATD$

Page 1 of 12

and fees may be imposed to pay for incarceration and supervised release. In addition, a $100 special assessment, pursuant to 18 U.S.C. § 3013, will be imposed per felony count of conviction. I further understand my supervised release may be revoked if I violate its terms and conditions. I understand a violation of supervised release increases the possible period of incarceration.

I am pleading guilty as described above because I am in fact guilty and because I believe it is in my best interest to do so and not because of any threats or promises. There has been no promise made whatsoever by anyone as to what the final disposition of this matter will be.

### 2. Waiver of Constitutional Rights Upon a Plea of Guilty

I acknowledge I have had all of my rights explained to me and I expressly recognize I have the following constitutional rights and, by voluntarily pleading guilty, I knowingly waive and give up these valuable constitutional rights:

a. The right to plead not guilty and persist in that plea;
b. The right to a speedy and public jury trial;
c. The right to assistance of counsel at that trial and in any subsequent appeal;
d. The right to remain silent at trial;
e. The right to testify at trial;
f. The right to confront and cross-examine witnesses called by the government;
g. The right to present evidence and witnesses in my own behalf;
h. The right to compulsory process of the court;
i. The right to compel the attendance of witnesses at trial;
j. The right to be presumed innocent;
k. The right to a unanimous guilty verdict; and
l. The right to appeal a guilty verdict.

## B. SENTENCING PROVISIONS

### 1. General Matters

Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and I agree I shall be sentenced to a period of incarceration of six (6) months. The parties agree this is a reasonable sentence considering all of the facts and circumstances of this case. I understand the Court must sentence me within this range or reject the plea agreement. If, and only if, the Court rejects the plea agreement, I will be given an opportunity to withdraw my guilty plea. The United States and I agree all other sentencing matters, including, but not limited to, supervised release, fines, and restitution, are left to the

*Defendant's Initials:* ATD

AHMED THAMER # 606086
60 peresbry LN.
harlottesville VA.
22902

Julia C. Dudley
Clerk of Court.
255 W. Main Street, Room 304
charlottesville V.A.
22902

RICHMOND VA 230
17 JAN 2017 PM 4 L

22902-505879

