CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

**APR 06 2017**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Ahmed Thamer DARweesh AL-Ani
Case Number: DVAW 316 CR 000018-001

To: Julia C. DUDLEY, Clerk of Court

your Honor
I will Like to ASK if i Can get a
recorded Session (VIDOO of my
Case )
In the Case # DVAW 316 CR 000018-001
it will help Save my Life in IRAQ
thank's.

AL-ANI AHMED

To my JULIA

your honor

I will Like retreave all my belongings (property
could get the copie please of

1# my IRAQI identification.
2# my Defence identification card
3# Certificate of Edication
4# my Debit Cart.
5# my certificate my company
AL MAI
6# my children birth Certificate
#7. my document that could help
me with American Army in IRAQ
8# my Certificate that show
that I work. B.R.T in IRAQ
9# Document that will help me
with my Lawyer in IRAQI
Company.
10# document from United state of
America Aubassy in IRAQ
11# my momory Card - flash drive
........ IRAQI News paper
from 2010 that have my Name
and my work and my inforea-
tion with American on the
news paper with my name.

② 

# 12. my Social security and
rgreen card.

# 13- my paper that show my work
in American. relationship with IRAQ
please help me to get my
property back. I realy Apreciate
for your help Thank.

ALANI AHMED

Ahmed Thamer Alani
# A06200129?
Farmville IGSA
508 waterworks Rd.
Farmville, VA 23901

RICHMOND VA 232

04 APR 2017 P

Mailed From 23901
04/04/2017
032A 0061821266
First-Class
US POSTAGE
$00.46°

22902#5058

UNITED STATES DISTRICT COURT
WeSTERN DISTRICT OF VA
OFFICE OF THE CLERK
255 W. Main Street. Room 304
CHAumkNottasvnMille VA 2902